# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUE L. KNIGHT AND<br>JOHN N. KNIGHT, Individually and<br>as Parents and Natural Guardians<br>of JOHN N. KNIGHT, II, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Civil No. 1:08-CV-1976<br><br><br><br><br>(Caputo, J.) |

## PLAINTIFFS' PRE-TRIAL DISCLOSURES

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, Plaintiffs, Jacque L. Knight and John N. Knight hereby provide their Pre-Trial Disclosures, in addition to the Expert Witness Disclosures previously submitted, as follows:

**Rule 26(a)(3)(A)**

Jacque L. Knight
12 Field Circle
Chambersburg, PA 17202
(301) 991-9112

John N. Knight
12 Field Circle
Chambersburg, PA 17202
(717) 404-6224

John N. Knight, II*
12 Field Circle
Chambersburg, PA 17202

Stella Knight (grandmother)
12 Field Circle
Chambersburg, PA 17202
(717) 404-6224

Thomas P. Orndorf, M.D.
Keystone Women's Care
755 Orland Avenue, Suite 101
Chambersburg, PA 17201

Katrina Haslett, M.D.*
Keystone Women's Care
755 Orland Avenue, Suite 101
Chambersburg, PA 17201

Yvette M. Brown, M.D.*
Keystone Women's Care
755 Orland Avenue, Suite 101
Chambersburg, PA 17201

Darlanna Besecker, R.N., CNM
Keystone Women's Care
755 Orland Avenue, Suite 101
Chambersburg, PA 17201

Sarah Widmann Myers, R.N., CNM
Keystone Women's Care
755 Orland Avenue, Suite 101
Chambersburg, PA 17201

Kim Amsley-Camp, R.N., CNM*
Keystone Women's Care
755 Orland Avenue, Suite 101
Chambersburg, PA 17201

Maria Ankerbrand, LPN*
Lori Kraynek, LPN*
Laura Keller, RN*
Carol Rosenberry, RN*
Leandra Bowman, RN*
Keystone Women's Care
755 Orland Avenue, Suite 101
Chambersburg, PA 17201

Heather Fridinger, RN*
Courtney Rock, RN

Tracey Peterson, RN*
Jean Gaughan, RN*
Cynthia Montgomery, RN*
Chambersburg Hospital
112 North Seventh Street
Chambersburg, PA 17201
(717) 267-3000

Dr. Wang- Anesthesiologist*
Chambersburg Hospital
112 North Seventh Street
Chambersburg, PA 17201
(717) 267-3000

Ann Marie Tramontana, M.D.*
1130 Professional Ct.
Hagerstown, MD 21740
(301) 791-5555

Anthony Bruno, M.D.*
Chambersburg Hospital
112 North Seventh Street
Chambersburg, PA 17201
(717) 267-3000

Matthew C. Kaufman, M.D.*
Helena P. Leite, M.D.*
Franklin County Pediatrics
757 Orland Avenue, Suite 206
Chambersburg, PA 17201
(717) 263-0550

Harry P. Bramley, D.O.*
Ronald Williams, M.D.*
Sandeep K. Sandhu, M.D.*
Kelly L. Vanderhave, M.D.*
Milton S. Hershey Medical Center
College of Medicine
P.O. Box 850
Hershey, PA 17033
(717) 531-8521

Scott H. Kozin, M.D.
Shriner's Hospital for Children
3551 N. Broad St.

Philadelphia, PA 19140
(215) 430-4000

Begona Aristimuno, M.D.*
360 St. Charles Way
York, PA 17402
(717) 757-2020

Jill Cook
Speech Therapist
Franklin County Early Intervention
218 N. 2nd Street
Chambersburg, PA 17201
(717) 263-1732

Tammy Steir, OTR/L
Occupational Therapist
6743 Fairway Drive East
Fayetteville, PA 17222
(717) 263-1732

Carolyn A. Coss, M.S., CCC
Audiologist/Speech-Language Pathologist
Easter Seals - Chambersburg Center
55 Hamilton Road
Chambersburg, PA 17201
(717) 264-7578

Lynne Weinrich, Occupational Therapist
Easter Seals Central Pennsylvania
626 North Grant Street
Waynesboro, PA 17268
(717) 762-5315

Kathy Prieston, Speech Therapist
Easter Seals Central Pennsylvania
626 North Grant Street
Waynesboro, PA 17268
(717) 762-5315

Records Custodian*
Chambersburg Hospital
112 North Seventh Street
Chambersburg, PA 17201

Records Custodian* of any of the above listed providers if the need arises

* = if need arises

Any and all witnesses listed by the Defendant.

Plaintiffs reserve the right to amend this list

**Rule 26(a)(3)(B)**

Plaintiffs intend to call all of their witness live.

**Rule 26(a)(3)(C)**

Medical Records from the following providers:

 i. Chart of Anne Tramontana, MD
 ii. Chart of Keystone Women's Care
 iii. Chambersburg Hospital Records
 iv. Fetal Monitor Strips
 v. Newborn Records from Chambersburg Hospital
 vi. Hershey Medical Center Records for John N. Knight, II
 vii. Cumberland Valley Orthopedic Associates' Records
 viii. Franklin County Pediatrics Records
 ix. Shriner's Hospital for Children's Records

Deposition Transcripts of the following:

 i. Deposition of Dr. Orndorff with Exhibits
 ii. Deposition of Darlanna Besecker, CNM with Exhibits
 iii. Deposition of Sarah Myers, CNM with Exhibits
 iv. Deposition of Courtney Rock Greenberg, RN with Exhibits
 v. Deposition of Stella Knight
 vi. Deposition of John Knight
 vii. Deposition of Jacque Knight

Other Exhibits:

 i. Chambersburg Hospital Policies and Protocols
 ii. Photographs of John Knight, II
 iii. Videos of John Knight, II
 iv. Video of Shoulder Dystocia (exemplar)
 v. Anatomy of Shoulder Dystocia Diagram
 vi. Illustration of Shoulder Dystocia Injury
 vii. Anatomy of Brachial Plexus Diagram
 viii. Fundal Height Diagram

ix. Pelvimetry Diagram
x. Flow Chart Record of Delivery (handwritten)
xi. Flow Chart Record of Delivery (typed)
xii. Fetal Monitor Strips marked by Courtney Rock
xiii. Friedman Curve Diagram
xiv. Arrest of Labor Flow Chart Record
xv. McRoberts Maneuver Diagram
xvi. Woodscrew Maneuver Diagram
xvii. Dr. Orndorff Labor and Delivery Note
xviii. Nerve Tear Diagram
xix. Forceps Exemplar
xx. Vacuum Exemplar or Diagram
xxi. Anatomical Model of Shoulder Dystocia
xxii. Chronology/Timeline
xxiii. Curriculum Vitae of Steven A. Klein, M.D.
xxiv. Curriculum Vitae of S. Charles Bean, M.D.
xxv. Curriculum Vitae of Cassandra Garcia, CNM
xxvi. Curriculum Vitae of Donald Jennings, Ed.D.
xxvii. Curriculum Vitae of Mona Yudkoff, RN
xxviii. Curriculum Vitae of Andrew Verzilli, MBA
xxix. Any and all exhibits listed in Plaintiffs' Expert witness disclosures
xxx. Any and all exhibits listed by the Defendant

Plaintiffs reserve the right to amend this list.

HOWARD J. LEVIN, ESQUIRE
PA 34494
BETH A. ADAMSKI, ESQUIRE
PA 205971
Attorneys for Plaintiffs
Two Liberty Place
28th Floor
Philadelphia, PA 19102
(215) 299-4359
(215) 574-1200 (Fax)
hlevin0711@gmail.com

Dated: 2/15/10

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUE L. KNIGHT AND JOHN N. KNIGHT, Individually and as Parents and Natural Guardians of JOHN N. KNIGHT, II, a minor<br>PLAINTIFFS | : CIVIL NO. 1:08-CV-1976<br>:<br>:<br>:<br>: |
| v. | : |
| KEYSTONE WOMEN'S CARE a/k/a KEYSTONE HEALTHCARE NETWORK, THOMAS P. ORNDORF, M.D., YVETTE M. BROWN, M.D., KATRINA N. HASLETT, M.D., DARLANNA Y. BESECKER, CNM, SARAH WIDMANN MYERS, CNM, MS, AND KIM AMSLEY-CAMP, CNM, MS<br>DEFENDANTS | : (Chief Judge Kane)<br>:<br>:<br>:<br>:<br>:<br>:<br>: Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is the attorney for plaintiffs and is a person of such age and discretion to be competent to serve papers.

That on February 15, 2010 he served a copy of the foregoing:

**Plaintiffs' Pre-Trial Disclosures Pursuant to Rule 26(a)(3)** by electronic means and by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Philadelphia, Pennsylvania to:

Michael J. Butler, Esquire
Assistant United States Attorney
Federal Building
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108

HOWARD J. LEVIN, ESQUIRE
Attorneys for Plaintiffs