UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUE L. KNIGHT AND<br>JOHN N. KNIGHT, Individually and<br>as Parents and Natural Guardians<br>of JOHN N. KNIGHT, II, a minor,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES,<br><br>      Defendant. | Civil No. 1:08-CV-1976<br><br><br><br><br>(Caputo, J.) |

## ORDER

AND NOW this **21st** day of **May**, 2010 upon consideration of Plaintiffs' Petition for Approval of Minor's Settlement and Distribution and Defendant's response thereto it is hereby ORDERED and DECREED that the settlement is approved in the amount of $975,000.00 with payment to be made within 30 days of the date of this Order.

It is further Ordered that the distribution of the settlement shall be as set forth below:

    1. To Howard J. Levin, Esquire Attorney's Fee of 25% in the amount of $243,750.00.

    2. To Howard J. Levin, Esquire for reimbursement of attorney's costs of $30,616.61

    3. To Rawlings & Company reimbursement of ERISA line of $13,825.94

    4. To Plaintiff Parents for reimbursement of past medical co-pays $3,100.00

    5. To Plaintiff Parents for anticipated medical co-pays for ensuing twelve months $6,766.00.

6. To Jackson National Life Insurance Company $500,000.00 for the purchase of an annuity for Minor-Plaintiff subject to the terms and condition of this Court.

7. To Minor-Plaintiff, John N. Knight, II $176,941.45 to be deposited in a restricted Money Market account(s) that is/are federally insured or guaranteed by the United States Government with each deposit stating "[N]o withdrawal can be made until the minor attains majority or except as authorized by Order of this Court."

8. Plaintiffs' Counsel shall provide proof that the annuity and the account(s) have been opened in compliance with paragraphs 6 and 7 above within 30 days of the date of this Order.

By the Court:

_____
Caputo, J.