# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUE L. KNIGHT AND** | : | Civil No. 1:08-CV-1976 |
| **JOHN N. KNIGHT, Individually and** | : | |
| **as Parents and Natural Guardians** | : | |
| **of JOHN N. KNIGHT, II, a minor,** | : | |
| | : | |
| **Plaintiffs,** | : | **(Caputo, J.)** |
| | : | |
| **v.** | : | |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

AND NOW this _____ day of _____, 2010 upon consideration of Plaintiffs' Motion to Amend the previous Court Order of May 21, 2010 approving Minor's Settlement and Distribution paragraph 6 of the Order is amended to state as follows:

6. To Jackson National Life Insurance Company $500,000.00 for the purchase of an annuity for Minor-Plaintiff which annuity shall be restricted stating: "No withdrawal can be made until the minor attains majority or except as authorized by Order of this Court."

By the Court:

_____
Caputo, J.

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUE L. KNIGHT AND** | : | **Civil No. 1:08-CV-1976** |
| **JOHN N. KNIGHT, Individually and** | : | |
| **as Parents and Natural Guardians** | : | |
| **of JOHN N. KNIGHT, II, a minor,** | : | |
| | : | |
| **Plaintiffs,** | : | **(Caputo, J.)** |
| | : | |
| v. | : | |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

### PLAINTIFFS' MOTION TO AMEND ORDER OF MAY 21, 2010

Plaintiffs, Jacque L. Knight and John N. Knight hereby file the within Motion to Amend Order of May 21, 2010 and in support thereof aver as follows:

1. On May 21, 2010 this Court signed an Order approving Minor's Settlement and Distribution.

2. Paragraph 6 of the Order stated "To Jackson National Life Insurance Company $500,000.00 for the purchase of an annuity for Minor-Plaintiff subject to the terms and conditions of this Court."

3. Plaintiffs hereby seek to amend paragraph 6 to state the following language to ensure strict compliance with this Court's intention that the annuity for Minor-Plaintiff be restricted and therefore seeks this Court to have paragraph 6 be amended to state as follows:

> 6. To Jackson National Life Insurance Company $500,000.00 for the purchase of an annuity for Minor-Plaintiff which annuity shall be restricted stating: "No withdrawal can be made until the minor attains majority or except as authorized by Order of this Court."

4. Counsel for Jackson National Life Insurance has similarly requested that the Order be so amended.

Wherefore it is respectfully requested that this Honorable Court enter the attached Order.

/s/ Howard J. Levin
_____

Howard J. Levin, Esquire
Beth A. Adamski, Esquire
Two Liberty Place
50 S. 16th Street
28th Floor
Philadelphia, PA 19102
Tel. (215) 299-4359
Fax. (215) 574-1200
hlevin0711@gmail.com