UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUE L. KNIGHT AND** | : | Civil No. 1:08-CV-1976 |
| **JOHN N. KNIGHT, Individually and** | : | |
| **as Parents and Natural Guardians** | : | |
| **of JOHN N. KNIGHT, II, a minor,** | : | |
| | : | |
| **Plaintiffs,** | : | (Caputo, J.) |
| | : | |
| v. | : | |
| | : | |
| **THE UNITED STATES,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW this 21st day of July, 2010 upon consideration of Plaintiffs' Motion to Amend the previous Court Order of May 21, 2010 approving Minor's Settlement and Distribution paragraph 6 of the Order is amended to state as follows:

6. To Jackson National Life Insurance Company $500,000.00 for the purchase of an annuity for Minor-Plaintiff which annuity shall be restricted stating: "No withdrawal can be made until the minor attains majority or except as authorized by Order of this Court."

By the Court:

_____
Caputo, J.