## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR      :
ADMISSION TO PRACTICE IN THIS COURT   :

### PETITION

I <u>Daniel Liam Glennon, Esquire</u> , hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:      <u>1325 Spruce Street</u>

<u>Philadelphia, PA      19107</u>

Office Telephone: <u>215-568-5520</u>

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

| | |
|---|---|
| Supreme Court of Pennsylvania | 12/5/2003 |
| | |

My attorney Identification number is: <u>91862</u>

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

BEFORE JUDGE _____          Date: _____
         ___U.S. DISTRICT JUDGE   ___U.S. MAGISTRATE JUDGE

✓ SPECIAL ADMISSION:

GRANTED _____          Date _____
         ___U.S. DISTRICT JUDGE   ___U.S. MAGISTRATE JUDGE