IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACQUE L. KNIGHT and JOHN N. :
KNIGHT, individually and as :
parents and natural guardians of :
JOHN N. KNIGHT, II, a minor, :
                                     :
    Plaintiffs, :
                                     :   CIVIL ACTION NO. 1:CV-08-1976
    v. :
                                     :   (JUDGE CAPUTO)
THE UNITED STATES, :
                                     :
    Defendant. :

## MEMORANDUM ORDER

The Court's October 27, 2010 Order (Doc. 51) vacated the Court's May 21, 2010 Order approving settlement (Doc. 35) and the July 21, 2010 Order amending the settlement (Doc. 44). This was an oversight, and in accordance with Federal Rule of Civil Procedure 60(a), the Court is correcting the error *sua sponte*.

Accordingly, this 3rd day of November, 2010, **IT IS HEREBY ORDERED** that to the extent this Court's Order dated October 27, 2010 (Doc. 51) vacated the Order dated May 21, 2010 (Doc. 35) and the Order dated July 21, 2010 (Doc. 44), it is itself VACATED, thus reinstating the Orders of May 21, 2010 (Doc. 35) and July 21, 2010 (Doc. 44).

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge