UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUE L. KNIGHT AND JOHN N. KNIGHT, Individually and As Parents and Natural Guardians of John N. Knight, II, a minor, | : : : : : | Civil No. 1:08 CV-1976 |
| Plaintiffs, | : : | (Caputo, J.) |
| v. | : : | |
| Defendant. | : | |

## ORDER

AND NOW this 3rd day of November, 2011 upon considerations of Plaintiff's Motion to Amend the previous Court Orders of May 21, 2010 and July 21, 2010 approving Minor's Settlement and Distribution paragraph 6 of the Order is amended to state as follows:

6. To Jackson National Life Insurance Company $500,000.00 for the purchase of an annuity for Minor-Plaintiff which annuity shall be restricted stating: "No withdrawal can be made until the minor attains majority or except as authorized by Order of this Court or a Court of competent jurisdiction."

By the Court:

_____
Caputo, J.